# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY-STEVEN WRIGHT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et.al.,<br><br>　　　　　　Respondents. | CV F   06-1365 OWW DLB HC<br><br>FINDINGS AND RECOMMENDATIONS REGARDING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241<br><br>[Doc. 18] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant petition for writ of habeas corpus on October 5, 2006.  (Court Doc. 1.)  Because the Court could not ascertain the nature of Petitioner's claims, on November 29, 2006, the Court directed Petitioner to file an amended petition.  (Court Doc. 12.)

　　　　Petitioner filed an amended petition on December 8, 2006.  (Court Doc. 18.)

### DISCUSSION

　　　　Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each Petition for Writ of Habeas Corpus.  The Court must dismiss a Petition "[i]f it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief in the district court."  Rule 4 of the Rules Governing  2254 Cases; <u>see</u> also <u>Hendricks v. Vasquez</u>, 908 F.2d 490 (9th Cir. 1990).

　　　　Writ of habeas corpus relief extends to a person in custody under the authority of the

1

United States. See 28 U.S.C. § 2241. Writ of habeas corpus relief is available if a federal prisoner can show he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3).

In his petition, Petitioner states that he is not challenging a sentence or conviction. Rather, he contends that Respondent, Warden Smith, has failed to release him from custody in retaliation for failing to obey the law. (Petition, at 4.) Petitioner attaches a letter from the United States Court of Appeals for the Eighth Circuit. (Petition, at 10.) The letter, dated June 9, 2005, and states that case number #4:01-CR-3040 shall be adjusted and Petitioner should be released on bond. (Id.) Because it appears that Petitioner is seeking release pursuant to the letter from the Eighth Circuit Court of Appeals, Petitioner should seek relief in that Court. This Court is unable to direct Petitioner's release on bond. As such, Petitioner has improperly sought relief pursuant to section 2241 in this Court, and the petition must be dismissed.

RECOMMENDATION

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. The petition for writ of habeas corpus be dismissed for failure to state a cognizable claim;

2. All pending motions should be DENIED as MOOT (Docs. 14, 15, 19, 21, 22, 23); and

3. The Clerk of Court be directed to enter judgment.

This Findings and Recommendations is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fifteen (15) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time

1  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
2  Cir. 1991).

4     IT IS SO ORDERED.

5     Dated:   **January 16, 2007**              **/s/ Dennis L. Beck**
   3b142a                                    UNITED STATES MAGISTRATE JUDGE