UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STEVEN WRIGHT, | CV-F-06-1365-LJO-DLB-HC |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| UNITED STATES OF AMERICA, et al, | **ORDER DISMISSING WRIT OF HABEAS CORPUS** |
| Respondents. | |

While reviewing and researching the instant Petition, it became clear to this Court that a document attached to the Petition and relied upon by the petitioner had questionable authenticity. (Letter dated June 9, 2006, purportedly from the Clerk of Court of the Eighth Circuit Court of Appeals). It is not the Court's function to pursue the matter, but it is the duty of the Court to report such suspicious activity to the proper governmental agency for their independent analysis. That has been done.

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 2254.

On January 16, 2007, the Magistrate Judge issued a Report and Recommendation that the

1

Petition for Writ of Habeas Corpus be DISMISSED for failure to state a claim and that all pending motions should be DENIED as MOOT. This Report and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. On February 7, 2007, Petitioner filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Report and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued January 16, 2007 is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED for failure to state a claim;

3. All pending motions should be DENIED as MOOT (Docs. 14, 15, 19, 21, 22, 23); and

4. The Clerk of the Court is DIRECTED to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:   March 2, 2007**                            **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES DISTRICT JUDGE